| | |
|---|---|
| John K. Park, State Bar Number: 175212<br>Park Law Firm, APC<br>3255 Wilshire Blvd., Suite 1110<br>Los Angeles, CA 90010<br>(213) 389-3777<br>park@parklaw.com<br><br>Jenny J. Rim, State Bar Number: 231584<br>LOVE CULTURE INC.<br>2423 E. 23rd Street<br>Los Angeles, CA 90058<br>Telephone No.: (323) 583-9900, ext. 108<br>Fax No.: (323) 583-9991<br>jennyrim@loveculture.com<br><br>Attorneys for Defendant<br>LOVE CULTURE INC. | JS-6 |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PARK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LOVE CULTURE, INC, a California Corporation, doing business as www.loveculture.com; and DOES 1 through 10, inclusive<br><br>    Defendants.<br><br>LOVE CULTURE INC., a California Corporation,<br><br>Counterclaim Plaintiff<br><br>v.<br><br>SEAN PARK, an individual, and ROES 1 through 10, inclusive.<br><br>Counter-Defendants. | Case No. CV-13-07463 ABC (Exc)<br>Hon. Audrey B. Collins Presiding<br><br>**ORDER ON STIPULATION TO DISMISS OF ALL PARTIES**<br><br>Complaint Filed: October 8, 2013<br>Trial Date: TBD |

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ALL PARTIES

LOVE CULTURE INC., a California Corporation,

Cross-claim Plaintiff

v.

BEN KWOK, an individual, CLEO, INC., a California Corporation, J.C. FITS, INC., a California Corporation, J.S. PARK CREATIVE, INC., SHEBAH & BETHEL INC., a California Corporation, VINTAGE POINT, a California Corporation, and SOES 1 through 10, inclusive,

Cross-Defendants

### **ORDER**:

After review of the parties' stipulation for dismissal, and finding good cause therein:

THE FOLLOWING IS HEREBY ORDERED:

1. Plaintiff's claims against Love Culture Inc. are hereby dismissed with prejudice;
2. Defendant's counter claims against Plaintiff and cross-claims against Ben Kwok, Cleo, Inc., J.C. Fits, Inc., J.S. Park Creative, Inc., Shebah & Bethel, Inc., and Vintage Point are hereby dismissed without prejudice;
3. Plaintiff and Love Culture will each bear its respective costs and attorneys' fees as incurred against one another in connection with the claims released herein.

SO ORDERED

DATED: November 25, 2013

By: _____
Hon. Audrey B. Collins